# UNANIMOUS WRITTEN CONSENT
# OF
# THE BOARD OF DIRECTORS
# OF
# CRANE ENTERPRISES, LLC

**Dated: February 25, 2025**

    The undersigned, being all of the members of the Board of Directors (the "<u>Board</u>") of CRANE ENTERPRISES, LLC, a New York limited liability company (the "<u>Company</u>"), hereby take the following action, and consent to, approve and adopt the following resolutions without a meeting of the Board, in accordance with the New York Limited Liability Company Law, with the same effect as if such actions were taken pursuant to resolutions presented to and adopted by the member of the Board at a duly constituted meeting, and direct that this Consent be filed with the minutes of the Company:

## Filing Voluntary Petition under Chapter 11

   **WHEREAS**, the members of the Board have become aware of an urgent situation requiring immediate action;

   **WHEREAS**, it is the judgment of the Board, that it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code.

   **NOW THEREFORE, BE IT RESOLVED**, either David M. Repetto, President of the Company ("<u>Repetto</u>") or Stuart Reiser, Secretary and Treasurer of the Company ("<u>Reiser</u>"), each in his capacity as a duly elected officer of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of Chapter 11 voluntary bankruptcy case on behalf of the Company; and be it further

   **RESOLVED**, that either Repetto or Reiser, each in his capacity as a duly elected officer of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with the bankruptcy case; and be it further

   **RESOLVED**, that the Company is authorized and directed to employ the law firm of Silverman Law PLLC d/b/ Concierge Law, as general bankruptcy counsel and Wilk Auslander LLP as special counsel to represent the Company in such bankruptcy case, and be it further

   **RESOLVED**, that an executed copy of this Unanimous Written Consent shall be filed with the minutes of the Company.

Execution of this consent may be done in counterparts and delivery of a copy of this consent bearing an original signature by facsimile transmission or by electronic mail in portable document format ("PDF") or other electronic format shall have the same effect as physical delivery of the paper document bearing the original signature.

**IN WITNESS WHEREOF**, the undersigned has executed this Unanimous Written Consent as of the date set forth above.

    */s/David M. Repetto*
David M. Repetto

    */s/Stuart Reiser*
Stuart Reiser