# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF New York - Southern

In re Crane Enterprises LLC

Case No. 25-10405
Chapter 11

(Debtor(s))

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Crane Enterprises LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s') equity interests, or states that there are no entities to report under FRBP 7007:

[X] None [check if applicable]

03/04/2025
Date

/s/ Brett Silverman
Statement of attorney or Litigant