UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                             Chapter 11

**CRANE ENTERPRISES LLC,**                         Case No. 8-25-10405-dsj

                  Debtor.

---

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

To: The Clerk of Court and all parties of record:

    **PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Xander Corp. d/b/a Sea Pointe Towers, by and through its undersigned counsel, Schneider Buchel LLP, hereby appears in the above-captioned Chapter 11 case, requests that the address below be added to all mailing matrices and demands service of all papers filed in the above-captioned Chapter 11 case to be served on:

**SCHNEIDER BUCHEL LLP**
60 Crossways Park Drive West,
Suite 340
Woodbury, New York 11797
Tel. No. (516) 393-5555
Fax No. (516) 393-5556
Gmullane@schneiderbuchel.com
Attn: George J. Mullane, Esq.

    **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, notices and papers referred to in Bankruptcy Rule 2002, such as any disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, answering or reply papers, memoranda and briefs in support of any of the foregoing, hearing dates, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier, telex, e-mail or otherwise.

Dated: Woodbury, New York
       March 11, 2025

                                                        **SCHNEIDER BUCHEL LLP**

                                                        /s/George J. Mullane, Esq.
                                                       George J. Mullane, Esq.
                                                       Attorney for Xander Corp. d/b/a Sea Pointe Towers