

Brett S. Silverman, Esq.　　　　　　　　　　　　　　　　　　　　　　　　4 Terry Terrace
D: 646.779.7210　　　　　　　　　　　　　　　　　　　　　　　Livingston, New Jersey 07039
F: 888.896.5886
Brett@getconciergelaw.com
getconciergelaw.com

March 27, 2025

**_Via ECF and First Class Mail_**

　　Re:　　Crane Enterprises – 25-10405 (DSJ)

　　As to: Adjournment of 11 USC §341 Meeting of the Creditors

To Whom It May Concern:

　　This firm is proposed counsel to the above-referenced debtor. The §341 Meeting of the creditors scheduled for April 2, 2025 has been adjourned to April 9, 2025 at 2:30 pm EST. Instructions to join the meeting are enclosed, **please note the only change to, and difference for the instructions, being the date and time**.

　　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　　Brett S. Silverman

Cc:　　UST (via ECF and email)
　　　　All Creditors (via email)

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE, REGION 2
U.S. Department of Justice
Office of the United States Trustee
Alexander Hamilton U.S. Custom House
One Bowling Green
New York, NY 10004
Tel. (212) 510-0500
andrea.b.schwartz@usdoj.gov
By:     Andrea B. Schwartz, Esq.
        Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re                                              :         Chapter 11
                                                   :
CRANE ENTERPRISES LLC,                             :
                                                   :         Case No. 25-10405 (DSJ)
                                                   :
                                        Debtor.    :
                                                   :
------------------------------------------------------------X

## INSTRUCTIONS FOR TELEPHONIC SECTION 341 MEETING OF CREDITORS

The Section 341 Meeting of Creditors for the above-captioned case is scheduled for **April 2, 2025, at 1:30 p.m.** (the "Designated Meeting Time"). ECF No. 2. The meeting will be conducted by telephone conference.

All parties shall appear by phone at the section 341 at the Designated Meeting Time in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

        Meeting Dial-in No: 877-951-8269, and

        when prompted enter the

Participant Code: 4265411 followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded. Thank you for you anticipated cooperation in this regard.

Dated: New York, New York
       March 17, 2025

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By:    */s/ Andrea B. Schwartz*
        Andrea B. Schwartz
        Trial Attorney