

Brett S. Silverman, Esq.
D: 646.779.7210
F: 888.896.5886
Brett@getconciergelaw.com
getconciergelaw.com

4 Terry Terrace
Livingston, New Jersey 07039

April 22, 2025

***Via ECF and First Class Mail***

**Re:    Crane Enterprises – 25-10405 (DSJ)**

**As to: Adjournment of 11 USC §341 Meeting of the Creditors**

To Whom It May Concern:

This firm is proposed counsel to the above-referenced debtor.  The §341 Meeting of the creditors scheduled for April 9, 2025 has been adjourned to April 22, 2025 at 3:30 pm EST.  Instructions to join the meeting are enclosed, **please note the only change to, and difference for the instructions, being the date and time**.

Very truly yours,

Brett S. Silverman

Cc:    UST (via ECF and email)
       All Creditors (via email)